# Court of Appeals
# of the State of Georgia

ATLANTA,  March 08, 2017

*The Court of Appeals hereby passes the following order:*

## A17A1215.  DIANE PARRIS et al. v. THOMAS COHEN.

This case is before us for the second time.  It began as a dispossessory proceeding in magistrate court.  Following an adverse ruling, defendants Diane Parris and Darrell Price appealed to the state court, which entered judgment in favor of plaintiff Thomas Cohen.  Parris and Price then appealed directly to this Court.  We dismissed the appeal for lack of jurisdiction because appeals from state court orders disposing of de novo appeals from magistrate court decisions must be initiated by filing an application for discretionary appeal.  See Case No. A17A0541 (dismissed November 4, 2016).

After our dismissal order, Parris and Price filed a motion for reconsideration in the state court.  The state court denied that motion, and Parris and Price have filed another direct appeal to this Court.  Once again, we lack jurisdiction.  As we explained in our order dismissing Case No. A17A0541, appeals in these types of cases must come by way of discretionary application.  See OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mtg. Corp. East*, 216 Ga. App. 82 (453 SE2d 119) (1995).  And even if a discretionary application were not required here, the denial of a motion for

reconsideration is not a directly appealable judgment.  See *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000).

For these reasons, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,    03/08/2017            *
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*